*UNITED STATES DISTRICT COURT*
*WESTERN DISTRICT OF TENNESSEE*
*WESTERN DIVISION*

---

NATHAN EVANS

                                      JUDGMENT IN A CIVIL CASE

        Plaintiff,

v.

FIRST ALLIANCE BANK                 CASE NO: 10-2665-tmp

        Defendant.

---

**DECISION BY COURT.**  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**  that in accordance with the Stipulation of Dismissal with Prejudice entered on November 23, 2010, this cause is hereby dismissed with prejudice, with costs assessed against the party incurring same.


APPROVED:


s/ Tu M. Pham
TU M. PHAM
UNITED STATES MAGISTRATE JUDGE

November 23, 2010                   THOMAS M. GOULD
DATE                                    Clerk of Court

                                          s/Sandra McClain
                                      (By)  Deputy Clerk